```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                     :
GRANT WILCOX,                                      :
                                                     :
                                   Plaintiff,     :           1:23-cv-11005-GHW
                                                     :
                      -against-                         :
                                                     :                   <u>ORDER</u>
CAPITAL ONE BANK (USA), N.A., *et al*.,      :
                                                     :
                                          Defendants.   :
                                                     :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       By letters dated February 16, 2024, Plaintiff, Defendant Experian Information Solutions, Inc., Defendant Equifax Information Services, LLC, and Defendant Trans Union LLC (collectively, the "Named Defendants," and together with Plaintiff, the "Parties") informed the Court that settlement agreements involving the Named Defendants are "in the process of being finalized." *See* Dkt. Nos. 23, 24, 25. Accordingly, the Parties requested that the Court "stay[] this case and adjourn[] all deadlines and conferences as they pertain" to the Named Defendants. *See* Dkt. Nos. 23, 24, 25. This application is denied. The case is not stayed as to the Named Defendants. Until a stipulation of dismissal has been filed, the Named Defendants remain a party to the action and remain subject to all scheduling orders by the Court.

       SO ORDERED.

Dated: February 19, 2024

                                                                       GREGORY H. WOODS
                                                                   United States District Judge